# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141845-46

HEATHER SWANSON,
      Plaintiff-Appellant,

v

PORT HURON HOSPITAL, a/k/a PORT
HURON HOSPITAL MEDICAL GROUP,
      Defendant,

and

JEANNIE L. ROWE, D.O. and BLUEWATER
OBSTETRICS AND GYNECOLOGY, P.C.,
      Defendants-Appellees.
_____/

SC: 141845-46
COA: 275404; 278491
St. Clair CC: 04-002438-NH

On order of the Court, the application for leave to appeal the September 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

                        Clerk

d0330